**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

                                      Case No.: 21-10520-PDR
                                      Chapter 13

      Henry A Palacio
_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION*
*TO YOUR CLAIM*

     *This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

     Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| *9* | *Internal Revenue Service* | *$816.00* |

Basis for Objection and Recommended Disposition

On or about February 11, 2021, Creditor filed a priority unsecured proof of claim in the amount of $816.00 for a purported personal income tax from the year 2020. This was an estimated claim. The Debtor has now satisfied this claim. The Debtor requests that the claim be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  April 5, 2021

                                          Respectfully Submitted:
                                          Robert Sanchez, P.A.
                                          355 West 49th Street
                                          Hialeah, FL 33012
                                          Fl. Bar No. 0442161
                                          Telephone: (305) 687-8008
                                          E-Mail: court@bankruptcyclinic.com