UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                Case No.: 21-10520-PDR

    Henry A Palacio

    Debtor(s).                                        Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of the Internal Revenue Service and Notice of Hearing was sent to all parties on the attached service list on April 5, 2021.

Electronically & Mailed: Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027

First Class Mail:

Debtor(s), Henry A Palacio;
4848 NW 24th Court #110
Lauderdale Lakes, FL 33313-3314

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service,
7850 S.W. 6th Court, Stop 5730
Ft. Lauderdale, FL 33324-3202

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Internal Revenue Service
Attn: C. HETHERINGTON, Bankruptcy Spec.
400 W Bay Street M/S 5730
Jacksonville FL 32202;

Honorable William Barr, Attorney General of the United States,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

LF-70 (rev. 12/01/09)

Honorable Ariana Fajardo Orshan
US Attorney for Southern District of FL,
99 N.E. 4th Street,
Miami, FL 33132;

BROWARD AND WPB:
Special Assistant United States Attorney,
c/o IRS Counsel (SBSE),
Royal Palm One
1000 S. Pine Island Rd., Suite 300
Plantation, FL 33324

Honorable William Barr, Attorney General of the United States,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

Honorable Ariana Fajardo Orshan
US Attorney for Southern District of FL,
99 N.E. 4th Street,
Miami, FL 33132;

Special Assistant United States Attorney,
c/o Civil Process Clerk
51 S.W. 1st Avenue, P.O. Box 9,
Miami, FL 33130;

U.S. Attorney's Office
c/o Civil Process Clerk
99 N.E. 4th Street
Miami, Fl. 33132

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
By:*/s/ Robert Sanchez, Esq.* FBN#0442161
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

LF-70 (rev. 12/01/09)